NJ612552

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**Company:** STEIN SAKS, PLLC **PH:** (201) 282-6500 x114
**Address:** One University Plaza HACKENSACK, NJ 07601

**Index Number:** 2:26-CV-02246-CCC-SDA

**Date Filed:** 03/05/2026

**Client's File No.:**

*KEVIN ORCEL ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

Plaintiff

*vs*

*THE TILE SHOP LLC*

Defendant

STATE OF Minnesota, COUNTY OF Ramsey SS.: **AFFIRMATION OF SERVICE**

David J. Lunda, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 3-11-26 at 1:40 pm at 1010 NORTH DALE STREET, SAINT PAUL, MN 55117, deponent served the within

SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET

on: **THE TILE SHOP LLC C/O CT CORP**, therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION ☒ By delivering thereat a true copy of each to Ct corporation, Bob Gustafson and that deponent knew the person so served to be the Intake Specialist of the corporation, and authorized to to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON ☐ By delivering a true copy of each to ______ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______

#5 MAIL COPY ☐ On ______, deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ______.
☐ and by Certified Mail # ______.

#6 NON-SRVC ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: ______

#7 DESCRIPTION ☒ (use with #1, 2 or 3) A perceived description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: M Race: W Color of hair: Gray Age: 60's Height: 6'2"
Weight: 190 Other Features: Glasses

#8 WIT. FEES ☐ Subpoena Fee Tendered in the amount of

#9 MILITARYSRVC ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of ______ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

#10 OTHER ☐ ______

I affirm this 3-12-26 (DATE), under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Please Print Name Below Signature

Job # 612552

David J. Lunda